**Harold W. LEWIS, as Personal Representative of the Estate of Mattie V. Lewis,**

v.

**MINERAL DEVELOPMENT COMPANY; Director, Office of Workers' Compensation Programs, United States Department Of Labor; Old Republic Insurance Company, Incorporated, Respondents.**

No. 01–2359.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Nov. 15, 2002.

James Hook, Waynesburg, Pennsylvania, for Petitioner. Mark E. Solomons, Laura Metcoff Klaus, Greenberg Traurig, Washington, D.C., for Respondents.

---

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Harold W. Lewis seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945–(2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Estate of Mattie Lewis v. Mineral Dev. Co.*, No. 00–1170 BLA (BRB Oct. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*